**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 674 MAL 2021
                                                         :
             Respondent                    :
                                                         : Petition for Allowance of Appeal
                                                         : from the Order of the Superior Court
             v.                                  :
                                                         :
                                                         :
CHRISTOPHER S. MULLEN,                     :
                                                         :
             Petitioner                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.